FILED

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0448

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0448

_____

JUANITA KINNEY and IMR, INC.,

     Plaintiffs and Appellees,

  v.                                   O R D E R

ROBERT KINNEY,

     Defendant and Appellant.

_____

On November 23, 2021, the mediator for this appeal filed a report stating that the case has settled, further providing a 60-day time period from that date in which to release the settlement amount or resume the appeal process. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2022